TAYLOR, ET AL. v. FOOTE'S ADMINISTRATORS.

Vender's lien—cannot be assigned.

Notes given for the purchase money of land, cannot be enforced as a lien upon the land, in the hands of an assignee.
Liens for the purchase money, are in the vender only, and cannot be assigned.

BILL in Chancery, to enforce a lien upon land sold for the payment of notes, which were transferred by the vender to the complainant, in payment of a debt. The notes were not negotiable.

*Case*, for the complainants.

*S. J. Andrews*, contra.

BY THE COURT. These notes, though not negotiable at law, so as to confer upon the assignee a right to sue in his own name, are held in equity as negotiated. The lien for the purchase money is a right of the vender, and cannot pass into other hands as an incident to the obligations, or the land, if conveyed by the vender; *Jackman* v. *Hallock*, 1 O. R. 319; and *Tiernan* v. *Beam*, 2 O. R. 383, are conclusive on this point; so is *Williams* v. *Roberts*, 5 O. R. 35.

The bill is dismissed.